# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES D. NOLAND JR., | Case No. 2:18-cv-01275-JAD-CWH |
| Plaintiff, | |
| v. | |
| ORGANO GOLD INTERNATIONAL, et al., | **ORDER** |
| Defendants. | |

Presently before the court is the parties' stipulated discovery plan and proposed scheduling order (ECF No. 40), filed on September 17, 2018. Under Local Rule 26-1(b)(7) & (8), the parties must certify that they considered the use of alternative dispute resolution processes, and that they considered consent to trial by a magistrate judge. Having reviewed the parties' stipulated discovery plan, the court finds that the parties have not included the certifications required under Local Rule 26-1(b).

IT IS THEREFORE ORDERED that the parties' stipulated discovery plan and proposed scheduling order (ECF No. 40) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must file a revised discovery plan and proposed scheduling order in accordance with the Local Rules no later than October 2, 2018.

DATED: September 19, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1