**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMES D. NOLAND JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ORGANO GOLD INTERNATIONAL, INC.,<br>et al.,<br><br>  Defendant. | Case No. 2:18-cv-1275-JAD-CWH<br><br>**REPORT AND RECOMMENDATION** |

Presently before the court is plaintiff James D. Noland Jr.'s motion for an order of misjoinder (ECF No. 60), filed on October 10, 2018. Defendant Organo Gold International, Inc., filed a notice of non-opposition (ECF No. 65) to plaintiff's motion on October 11, 2018. Given that defendants do not oppose this motion, the court will therefore recommend that plaintiff's motion for an order of misjoinder be granted.

IT IS THEREFORE RECOMMENDED that plaintiff James D. Noland Jr.'s motion for an order of misjoinder (ECF No. 60) be GRANTED.

IT IS FURTHER RECOMMENDED that defendant Organo Gold International, Inc., be DISMISSED from this case without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE