UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James D. Noland, Jr., a Nevada resident,<br><br>Plaintiff<br><br>v.<br><br>Organo Gold International, Inc., a Nevada corporation, et. al,<br><br>Defendants | Case No.: 2:18-cv-01275-JAD-CWH<br><br>**Order Granting Motions for Misjoinder and to Amend Complaint and Denying Motions to Dismiss and for Summary Judgment as Moot**<br><br>[ECF Nos. 19, 45, 60, 68, 70] |

James D. Noland, Jr. brings this civil action for deceptive trade practices and racketeering against his former partners in Organo Gold Enterprises, Inc., a multi-level marketing company, and others he alleges they conspired with. Though this action is just a few months old, many motions are pending. I take this opportunity to resolve a number of those motions so that this case can move forward.

**I.     Motion for Misjoinder [ECF Nos. 60, 70]**

Plaintiff Noland moves "for an order of misjoinder and dropping defendant Organo Gold International Inc., a Washington Corporation from the Case under Rule 21."[1] He represents that this Washington entity is "a duplicate of" the Nevada corporation that is the first-named defendant in this case caption.[2] No defendant opposes the request, and Magistrate Judge Hoffman recommends that I grant it and dismiss the claims against Organo Gold International,

---

[1] ECF No. 60.

[2] *Id*. at 1.

Inc., a Washington Corporation.[3] The deadline to object to that report and recommendation passed without objection, and "no review is required of a magistrate judge's report and recommendation unless objections are filed."[4] I adopt the report and recommendation,[5] grant the motion for an order of misjoinder,[6] and dismiss without prejudice all claims against this Washington entity.

## II. Motion to amend complaint [ECF No. 68]

Noland also moves to amend and supplement his complaint.[7] He includes a proposed first amended complaint with his request.[8] The deadline to oppose the motion has passed. Three of the defendants filed notices of non-opposition,[9] and no defendant has filed an opposition. Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."[10] I deem the remaining parties' silence as their consent to granting this motion, and I grant Noland's motion to amend and supplement his complaint.[11] Noland has 10 days to file the amended complaint in the format attached to his motion.[12]

---

[3] ECF No. 70.
[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).
[5] ECF No. 70.
[6] ECF No. 60.
[7] ECF No. 68.
[8] ECF No. 68-1.
[9] ECF Nos. 72, 73.
[10] L.R. 7-2(d).
[11] ECF No. 68.
[12] ECF No. 68-1.

III.     **Other motions mooted by amendment [ECF Nos. 19, 45]**

An amended complaint supersedes all prior complaints and moots any motion directed at an earlier version of the complaint.[13]  Here, those motions are Holton and Earlene Buggs' Rule 12 Motion to Dismiss Plaintiff's Complaint[14] and Organo Gold International's Motion for Summary Judgment or, in the Alternative, Motion for Judgment on the Pleadings.[15]  Because these motions will be mooted by the filing of the amended complaint, I deny both without prejudice to their proponents' ability to file new motions directed at the amended complaint.

## Conclusion

IT IS THEREFORE ORDERED that

- The Motion for an Order of Misjoinder **[ECF No. 60] is GRANTED**, the Report and Recommendation on that motion **[ECF No. 70] is ADOPTED**, and **all claims against Organo Gold International, Inc., a Washington Corporation, are DISMISSED without prejudice**;

- Plaintiff's Motion to Amend and Supplement Plaintiff's Complaint **[ECF No. 68] is GRANTED**; Nolan has 10 days to file his amended complaint in the format proposed at ECF No. 68-1;

- Holton and Earlene Buggs' Rule 12 Motion to Dismiss Plaintiff's Complaint **[ECF No. 19] is DENIED** without prejudice as moot; and

---

[13] *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).
[14] ECF No. 19.
[15] ECF No. 45.

3

- Organo Gold International's Motion for Summary Judgment or, in the Alternative, Motion for Judgment on the Pleadings **[ECF No. 45] is DENIED** without prejudice as moot.

Dated: November 6, 2018

_____
U.S. District Judge Jennifer A. Dorsey