MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
mwelsh@lvlaw.com
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
lwelsh@lvlaw.com
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739

SETH A. NICHAMOFF, ESQ.
Texas Bar No. 24027568 (*Admitted Pro Hac Vice*)
seth@nichamofflaw.com
NICHAMOFF LAW, PC
2444 Times Boulevard, Suite 270
Houston, Texas
Phone: 713-503-6706
Fax: 713-360-7497

*Attorneys for Defendant*
*Organo Gold Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES D. NOLAND JR., a Nevada resident,<br><br>Plaintiff,<br><br>v.<br><br>ORGANO GOLD INTERNATIONAL, INC., a Nevada corporation; ORGANO GOLD ENTERPRISES, INC., a British Columbia, Canada corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; BERNARDO CHUA, a British Columbia, Canada resident; SHANE MORAND, an Ontario, Canada resident; and JAMIE FOO, a British Columbia, Canada resident,<br><br>Defendants. | Case No. 2:18-cv-01275-JAD-CWH<br><br>JOINT STIPULATION FOR 60-DAY EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER |

**STIPULATION FOR 60-DAY EXTENSION OF TIME TO FILE THE JOINT PRE-TRIAL ORDER**

Pursuant to Local Rule IA 6-1, Plaintiff James D. Noland, Jr. and Defendants Organo Gold Int'l, Inc., Organo Gold Enterprises, Inc., Holton V. Buggs, Jr. and Bernardo Chua, through their attorneys of record, stipulate to a 60-day extension of time to file the Joint Pre-Trial Order, and respectfully show as follows:

The deadline to file the joint pre-trial order is April 1, 2019. This is the first stipulation to extend time for filing the joint pre-trial order.

Plaintiff James D. Noland, Jr. moved on January 31, 2019 for a 60-day extension of the deadline to file the Joint Pre-Trial Order, among other deadlines, for the reasons set forth in his motion. *See* Doc. Nos. 110-112, and 115.

Defendants timely moved or joined motions for final summary judgment on November 20, 2018 (limitations) and on March 1, 2019 (no-evidence of predicate acts). *See* Doc. Nos. 82-84, 87, 94, 117, and 118. Defendants Holton and Earlene Buggs also have a pending Motion To Dismiss. *See* Doc. 80.

Good cause exists for extending the joint pre-trial order deadline. The foregoing motions all remain pending, and their disposition will affect the drafting of the joint pre-trial order and potentially the trial itself. Accordingly, the parties stipulate to a 60-day extension of the joint pre-trial order.

This stipulation is effective on the date it is signed by all parties and the Court.

| | |
|---|---|
| APPROVED: | APPROVED: |
| LAW OFFICE OF DAVID G. EISENSTEIN | PARSONS BEHLE & LATIMER |
| /s/ David H. Eisenstein<br>By: _____<br>David G. Eisenstein, Esq. | /s/ Brook B. Bond<br>By: _____<br>Brook B. Bond, Esq. |
| *Attorney for Plaintiff James D. Noland, Jr.* | *Attorney for Defendant Organo Gold Int'l, Inc.* |

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444 FAX (702) 434-3739

| APPROVED: | APPROVED: |
|---|---|
| NICHAMOFF LAW, PC | MOULTON WILSON & ARNEY LLP |
| By: /s/ Seth A. Nichamoff<br>Seth A. Nichamoff, Esq. | By: /s/ Lance C. Arney<br>Lance C. Arney, Esq. |
| *Attorney for Defendant Organo Gold Enterprises, Inc.* | *Attorney for Defendant Holton V. Buggs, Jr.* |

APPROVED:

JAMIE KING PC

By: /s/ Jamie King
Jamie King, Esq.

*Attorney for Defendant Bernardo Chua*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2019