AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

James D Noland., Jr.,

               Plaintiff,

v.

Organo Gold International, Inc., et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01275-JAD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered on Noland's first two claims for violations of the federal RICO act against Noland and in favor of defendants Organo Gold International, Inc., Bernardo Chua, Organo Gold Enterprises, Holton Buggs, Jr., and Earlene Buggs.

9/20/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk