David G. Eisenstein, Esq.
Law Office David Eisenstein
2588 El Camino Real, F-139
Carlsbad, California 92008
California Bar No. 224646
Admitted *pro hac vice*
Tel: (858) 345-6838
Eisenlegal@gmail.com
Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES D. NOLAND JR., a Nevada resident;<br>       Plaintiff/Appellant<br><br>vs.<br><br>ORGANO GOLD INTERNATIONAL, INC., a Nevada corporation; ORGANO GOLD ENTERPRISES, INC., a British Columbia, Canada corporation, HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; BERNARDO CHUA, a British Columbia, Canada resident, SHANE MORAND, an Ontario, Canada resident; and JAMIE FOO, a British Columbia, Canada resident;<br>       Defendants/Appellees | NO.: 2:18-CV-01275-JAD-DJA<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff James D. Noland hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Judgment In a Civil Case (Document 150) which was filed and entered by the Clerk of Court on September 20, 2019 and the portions of the Court's Order (Document 149) which was filed and entered on September 20, 2019 GRANTING Defendants/Appellees' motion for

NOTICE OF APPEAL

judgment on the pleadings as to Plaintiff/Appellant's federal RICO claims and DENYING as moot Plaintiff/Appellant's second request for additional discovery pursuant to Fed. R. Civ. P. 56(d) (Document 130), Plaintiff/Appellant's request that the Clerk's notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) be rescinded (Document 142), and the Plaintiff/Appellant's motions for order of substitute service on Defendants Jamie Foo and Shane Morand (Documents 145, 146). The Representation Statement is attached.

Dated October 10, 2019.

**LAW OFFICE OF DAVID G. EISENSTEIN**

/s/ David G. Eisenstein
2588 El Camino Real, Ste. F-139
Carlsbad, CA 92008
California Bar No. 224646
Admitted *pro hac vice*

*Attorney for the Plaintiff James D. Noland Jr.*

NOTICE OF APPEAL

Case 2:18-cv-01275-JAD-DJA   Document 159   Filed 10/10/19   Page 3 of 5

REPRESENTATION STATEMENT

Representing Plaintiff/Appellant James D. Noland Jr.:

David Griffith Eisenstein
Law Office of David G. Eisenstein
2588 El Camino Real, Suite F, #139
Carlsbad, CA 92008
858-345-6838
858-345-6836 (fax)
eisenlegal@gmail.com


Representing Defendant/Appellee Organo Gold International, Inc.:

Brook B. Bond
Parsons Behle & Latimer
800 W. Main Street, Suite 1300
Boise, ID 83702
208-562-4900
208-562-4901 (fax)
bbond@parsonsbehle.com
    and
Jamie Ellsworth
Parsons Behle & Latimer
800 W. Main Street, Suite 1300
Boise, ID 83702
208-562-4900
208-562-4901 (fax)
jellsworth@parsonsbehle.com
    and
Rew R Goodenow
Parsons, Behle & Latimer
50 W. Liberty Street, Suite 750
P.O. Box 2790
Reno, NV 89501
775-323-1601
775-348-7250 (fax)
rgoodenow@parsonsbehle.com
    and
Michael R. Kealy
Parsons Behle & Latimer

NOTICE OF APPEAL

50 W. Liberty Street, Suite 750
Reno, NV 89501
775-323-1601
775-348-7250 (fax)
mkealy@parsonsbehle.com

Representing Organo Gold Enterprises, Inc.:

Seth Alan Nichamoff
Nichamoff Law PC
2444 Times Blvd., Suite 270
Houston, TX 77005
713-503-6706
713-360-7497 (fax)
seth@nichamofflaw.com
	and
Larson A Welsh
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
702-434-3444
702-434-3739 (fax)
lwelsh@lvlaw.com
	and
Martin L. Welsh
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
(702) 434-3444
(702) 434-3739 (fax)
mwelsh@lvlaw.com


Representing Defendants/Appellees Holton Buggs, Jr. and Jane Doe Buggs:

Cynthia R Levin Moulton
Moulton, Wilson & Arney, LLP
800 Taft Street
Houston, TX 77019
713-353-6699
713-353-6698 (fax)
cmoulton@moultonwilsonarney.com

NOTICE OF APPEAL

    and
Lance C Arney
Moulton, Wilson & Arney, LLP
800 Taft St.
Houston, TX 77019
713-353-6699
713-353-6698 (fax)
larney@moultonwilsonarney.com
    and
Thomas W. Davis, II
Howard & Howard
3800 Howard Hughes Parkway, #1000
Las Vegas, NV 89169
702-257-1483
702-567-1568 (fax)
twd@h2law.com


Representing Defendant/Appellee Chua:
Jamie King
Jamie King, P.C.
PO Box 5757
Houston, TX 77325
832-584-0106
jamie@jamiekingpc.com
    and
Kurt R. Bonds
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
702-384-7000
702-385-7000 (fax)
efile@alversontaylor.com
    and
Trevor Waite
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
702-384-7000
702-385-7000 (fax)
twaite@alversontaylor.com


NOTICE OF APPEAL