FILED

SEP 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES D. NOLAND, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> BERNARDO CHUA; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> SHANE MORAND; JAMIE FOO, <br><br> Defendants. | No. 19-17018 <br><br> D.C. No. 2:18-cv-01275-JAD-DJA <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: GRABER and BRESS, Circuit Judges, and DAWSON,[*] District Judge.

Judges Graber and Bress have voted to deny Appellant's petition for rehearing en banc, and Judge Dawson has so recommended.

The full court has been advised of Appellant's petition for rehearing en banc, and no judge of the court has requested a vote on it.

Appellant's petition for rehearing en banc, Docket No. 48, is DENIED.

---

[*] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, sitting by designation.