UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES D. NOLAND, Jr.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>BERNARDO CHUA; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>SHANE MORAND and JAMIE FOO,<br><br>        Defendants. | No. 19-17018<br><br>D.C. No. 2:18-cv-01275-JAD-DJA<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered August 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7