FILED

OCT 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES D. NOLAND, Jr.,<br><br>　　　　Plaintiff-Appellant,<br><br> v.<br><br>BERNARDO CHUA; et al.,<br><br>　　　　Defendants-Appellees,<br><br> and<br><br>SHANE MORAND; JAMIE FOO,<br><br>　　　　Defendants. | No.   19-17018<br><br>D.C. No.<br>2:18-cv-01275-JAD-DJA<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: GRABER and BRESS, Circuit Judges, and DAWSON,[*] District Judge.

Appellees' "Motion for Attorney Fees and Double Costs Against Appellant James D. Noland, Jr. and His Counsel David G. Eisenstein," Docket No. 51, is DENIED.

---

[*] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, sitting by designation.